In the Matter of the Probate of the Will of ROSALIE FLORENCE, deceased.

(Argued March 10, 1890; decided March 21, 1890.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made November 7, 1889, which affirmed an order of the surrogate of the county of New York, denying a motion to vacate probate of will.

*George H. Yeaman* for appellant.

*Charles E. Miller* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.